UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YVONNE BLACK,

    Plaintiff,

v.

SHERIFF MICHAEL J. MURPHY,
UNDERSHERIFF JASON PLESS,
DEPUTY REGINALD VANWULFEN,
and DEPUTY BRAD NEFF,

    Defendants.
_____/

Case No. 24-cv-10634

Paul D. Borman
United States District Judge

David R. Grand
United States Magistrate Judge

**ORDER:
(1) ADOPTING MAGISTRATE JUDGE DAVID R. GRAND'S
MARCH 22, 2024 REPORT AND RECOMMENDATION
(ECF NO. 13); AND
(2) DENYING AS MOOT PLAINTIFF'S REQUEST FOR IMMEDIATE
INJUNCTIVE RELIEF (ECF NO. 5)**

On March 22, 2024, Magistrate Judge David R. Grand issued a Report and Recommendation to deny Plaintiff's Request for Immediate Injunctive Relief enjoining the state court criminal proceedings against her. (ECF No. 13, Report and Recommendation.)

No objections were filed to the Report and Recommendation. However, on March 27, 2024, Plaintiff filed a Motion for Leave to File a Second Amended Complaint (ECF No. 14) seeking leave to amend her complaint and withdraw her

request for injunctive relief. Plaintiff filed a Second Amended Complaint that same day. (ECF No. 15.)

Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ORDERS that:

(1) Magistrate Judge Grand's March 22, 2024 Report and Recommendation (ECF No. 13) is ADOPTED; and

(2) Plaintiff's Request for Immediate Injunctive Relief in ECF No. 5 is DENIED AS MOOT.


IT IS SO ORDERED.


Dated: April 10, 2024                                s/ Paul D. Borman
                                                                           Paul D. Borman
                                                                           United States District Judge